UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

NAGIHAN KILIC and
OMER TEKIN,

    Plaintiffs,

v.                        Case No. 3:23-cv-126-HES-MCR

COSTCO WHOLESALE
CORPORATION,

    Defendant.
_____/

## ORDER

**THIS CAUSE** is before this Court on a Mediation Disposition Report (Dkt. 21) that reveals this matter has been completely settled.

Accordingly, it is **ORDERED**:

1. This case is **DISMISSED** without prejudice, but this Court retains jurisdiction over this matter for the next sixty days. But any party may move this Court, within those sixty days, to enter a Dismissal with Prejudice, a stipulated form of Final Order or Judgment, or on good cause shown, to reopen this case for further proceedings; and

2. The Clerk is directed to terminate all pending motions and close this file.

DONE AND ENTERED at Jacksonville, Florida, this ___1st___ day of June 2023.

_____
HARVEY E. SCHLESINGER
UNITED STATES DISTRICT JUDGE

Copies to:
Reganel Reeves, Sr, Esq.
Ryan McNeill, Esq.
Whitney S. Reeves, Esq.
Kevin Edward Jakab, Esq.

2